558

No. 111. H. KOBACKER & SONS CO. *v.* NORWICH UNION INDEMNITY CO. October 14, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. James I. Boulger* for petitioner. *Mr. H. A. Hauxhurst* for respondent.

No. 112. GUARANTY TRUST CO. ET AL. *v.* NOXON CHEMICAL PRODUCTS CO. ET AL. October 14, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Wm. C. Cannon* for petitioners. *Mr. Robert Carey* for respondents.

No. 116. LOEWER REALTY CO. *v.* ANDERSON. October 14, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. E. Barrett Prettyman, Karl D. Loos,* and *Arthur B. Hyman* for petitioner. *Solicitor General Hughes,* and *Messrs. John Vaughan Groner* and *Clarence M. Charest* for respondent.

No. 117. INTERNATIONAL-GREAT-NORTHERN R. CO. ET AL. *v.* HAILEY. October 14, 1929. Petition for writ of certiorari to the Court of Civil Appeals, Tenth Supreme Judicial District, State of Texas, denied. *Messrs. W. L. Cook* and *Frank Andrews* for petitioners. No appearance for respondent.

No. 120. GALVESTON DRY DOCK & CONSTRUCTION CO. *v.* U. S. SHIPPING BOARD MERCHANT FLEET CORP'N. October 14, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Brantly Harris* and *John David Watkins* for petitioner.